# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DORA BOOKER,

        Plaintiff,

vs.

GREGORY JOHNSON, *et al.*,

        Defendants.

Case No. 3:10-cv-157

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

## CONDITIONAL DISMISSAL ORDER

This case, having been referred to United States Magistrate Judge Michael J. Newman for purposes of mediation, and all parties agreeing that this matter has been settled, it is **ORDERED** that this case (including all claims by all parties) is hereby **DISMISSED WITH PREJUDICE**, and the preliminary injunction previously entered by the Court (doc. 10) is hereby **DISSOLVED**, provided that any of the parties, may upon good cause shown and not later than **May 21, 2012**, reopen the action if settlement is not consummated.

The Court retains jurisdiction until **April 25, 2012** for the limited purpose of permitting Plaintiff to file a motion for a refund of the filing fee paid in this matter.

March 22, 2012.

                                             Thomas M. Rose,
                                             United States District Judge